RECEIVED
IN LAKE CHARLES, LA.

NOV 28 2012

TONY R. MOORE, CLERK
BY_____
               DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| CHADWORTH ROBERTSON-DEWAR | CIVIL ACTION NO. 2:11-cv-1502<br>SECTION P |
| VS. | JUDGE PATRICIA MINALDI |
| R. CHILDRESS, ET AL. | MAG. JUDGE KATHLEEN KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein [Doc. 17] and after an independent review of the record, and a *de novo* determination of the issues, and consideration of the objections filed herein [Doc. 18], and having determined that the findings are correct under applicable law; it is

**ORDERED** that the plaintiff's civil rights complaint be **DISMISSED WITH PREJUDICE** as moot, frivolous, and for failure to state a claim upon which relief can be granted in accordance with 28 U.S.C.1915A(b)(1).

Lake Charles, Louisiana, this 28 day of November, 2012.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE